ESTATE of Louis STOCKSTROM, Deceased, Arthur Stockstrom, Executor, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 13520.

Circuit Court of Appeals, Eighth Circuit.

Nov. 25, 1947.

Chase Morsey, of St. Louis, Mo., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., for respondent.

PER CURIAM.

Cause remanded to the Tax Court of the United States with directions to vacate its decision entered February 12, 1947, and to enter a decision that there are deficiencies in income tax for the calendar years involved, on stipulation of parties, and petition for review dismissed.

Edward Scott HOLLER, Appellant, v. UNITED STATES of America.

No. 13653.

Circuit Court of Appeals, Eighth Circuit.

Nov. 1, 1947.

Writ of Certiorari Denied Jan. 19, 1948.

See 68 S.Ct. 382.

Edward Scott Holler, pro se.

PER CURIAM.

Motion of appellant for leave to proceed in forma pauperis on appeal from order of District Court of September 22, 1947, denying motion in arrest of judgment, denied, and appeal from order of District Court of October 16, 1947, overruling motion for leave to proceed in forma pauperis, dismissed.

Freda HUGHES, Administratrix of the Estate of Thomas J. Hughes, Deceased, Appellant, v. Deane SCAG, Appellee.

No. 10528.

Circuit Court of Appeals, Sixth Circuit.

Dec. 15, 1947.

Effler, Eastman, Stichter & Smith, of Toledo, Ohio, for appellee.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and oral argument of counsel in open court, and the court being duly advised in the premises, now, therefore, it is hereby ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.

Bill Gene MERRITT, Petitioner, v. UNITED STATES· of America.

No. 13652.

Circuit Court of Appeals, Eighth Circuit.

Nov. 1, 1947.

Bill Gene Merritt, pro se.

PER CURIAM.

Motion of petitioner for order directing U. S. District Judge for the Western District of Missouri, St. Joseph Division, to grant order to enable petitioner to obtain certain documents without cost, denied in all respects.